# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| CHARLES E. MACK, | )<br>) |
| Plaintiff, | ) Case No. 2:09CV00051<br>) |
| v. | ) **JUDGMENT**<br>) |
| COMMISSIONER OF SOCIAL SECURITY, | ) By: James P. Jones<br>) Chief United States District Judge<br>) |
| Defendant. | ) |

It appearing that no objections have been timely filed to the Report filed June 2, 2010, setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2. The Motion for Summary Judgment by the Commissioner of Social Security ("Commissioner") is GRANTED;

3. The final decision of the Commissioner is AFFIRMED; and

4. This case is closed.

ENTER: June 23, 2010

Chief United States District Judge